UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENN.
CIVIL DIVISION

JOHN E. HAMMOND JR.

V.

SA. THOMAS ACERNO "HSI"
SA. CHRISTOPHER CHASE "HSI"
SA. DAVID HEPLER "HSI"
SA. DOMINIC RAGUZ "ATF"
SA. NAME UNKNOWN "POSTAL WORKER"
SA. NAME UNKNOWN "ICE"
SA. NAME UNKNOWN "ICE"
SA. NAME UNKNOWN "ICE"
PSP. NAME UNKNOWN "SERT"
PSP. NAME UNKNOWN "SERT"
PSP. NAME UNKNOWN "SERT"
PSP. NAME UNKNOWN "SERT"
TPD. NAME UNKNOWN "TOWAMENCIN" POLICE
TPD. NAME UNKNOWN "TOWAMENCIN" POLICE
TPD. NAME UNKNOWN "TOWAMENCIN" POLICE
TPD. NAME UNKNOWN "TOWAMENCIN" POLICE

CASE NO.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(PRISONER COMPLAINT)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| JOHN EDWARD HAMMOND JR | ) | Case No. _____ |
| _____ | ) | |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| " SEE ATTACHED " | ) | |
| SA THOMAS ACERNO ET AL | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOHN EDWARD HAMMOND JR |
| All other names by which you have been known: | N/A |
| ID Number | #69928-066 |
| Current Institution | FEDERAL DETENTION CENTER PHILADELPHIA |
| Address | P.O. BOX 562 |
| | PHILADELPHIA         PA,         19105 |
| | *City*              *State*        *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THOMAS ACERNO |
| Job or Title *(if known)* | SPECIAL AGENT "HSI" |
| Shield Number | # |
| Employer | DEPARTMENT OF HOMELAND SECURITY |
| Address | |
| | PHILADELPHIA         PA. |
| | *City*              *State*        *Zip Code* |

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | CHRISTOPHER CHASE |
| Job or Title *(if known)* | SPECIAL AGENT "HSI" |
| Shield Number | # |
| Employer | DEPARTMENT OF HOMELAND SECURITY |
| Address | |
| | PHILADELPHIA         PA. |
| | *City*              *State*        *Zip Code* |

☒ Individual capacity   ☒ Official capacity

DEFENDANT NO. 5
  NAME              UNKNOWN
JOB OR TITLE        SPECIAL AGENT ~~XXXX~~ "POSTAL WORKER" "UCA"
  SHIELD #          UNKNOWN
EMPLOYER
ADDRESS
                    PHILADELPHIA, PA.
CAPACITY
                    ☒ INDIVIDUAL    ☒ OFFICIAL


DEFENDANT NO. 6
  NAME              UNKNOWN
JOB OR TITLE        SPECIAL AGENT "ICE"
  SHIELD #
EMPLOYER            UNKNOWN
ADDRESS
                    PHILADELPHIA, PA.
CAPACITY
                    ☒ INDIVIDUAL    ☒ OFFICIAL


DEFENDANT NO. 7
  NAME              UNKNOWN
JOB OR TITLE        SPECAIL AGENT "ICE"
  SHIELD #          UNKNOWN
EMPLOYER
ADDRESS
                    PHILADELPHIA, PA.
CAPACITY
                    ☒ INDIVIDUAL    ☒ OFFICIAL


DEFENDANT NO. 8
  NAME              UNKNOWN
JOB OR TITLE        SPECAIL AGENT "ICE"
  SHIELD #
EMPLOYER            UNKNOWN
ADDRESS
                    PHILADELPHIA, PA.
CAPACITY
                    ☒ INDIVIDUAL    ☒ OFFICIAL
_____
                    ATTACH TO PAGE ③

DEFENDANT NO. 9

  NAME        UNKNOWN

JOB OR TITLE  "PSP-SERT"

  SHIELD #    UNKNOWN

EMPLOYER   PENNSYLVANIA STATE POLICE

  ADDRESS

CAPACITY

               ☒INDIVIDUAL   ☒OFFICIAL


DEFENDANT NO. 10

  NAME        UNKNOWN

JOB OR TITLE  "PSP-SERT"

  SHIELD #    UNKNOWN

EMPLOYER   PENNSYLVANIA STATE POLICE

  ADDRESS

CAPACITY

               ☒INDIVIDUAL   ☒OFFICIAL


DEFENDANT NO. 11

  NAME        UNKNOWN

JOB OR TITLE  "PSP-SERT"

  SHIELD #    UNKNOWN

EMPLOYER   PENNSYLVANIA STATE POLICE

  ADDRESS

CAPACITY

               ☒INDIVIDUAL   ☒OFFICIAL


DEFENDANT NO. 12

  NAME        UNKNOWN

JOB OR TITLE  "PSP-SERT"

  SHIELD #    UNKNOWN

EMPLOYER   PENNSYLVANIA STATE POLICE

  ADDRESS

CAPACITY

               ☒INDIVIDUAL   ☒OFFICIAL

ATTACH (2) TO PAGE (3)

DEFENDANT NO. 13

NAME      UNKNOWN

JOB OR TITLE "POLICE OFFICER" "TPD"

SHIELD #      UNKNOWN

EMPLOYER      TOWAMENCIN TOWNSHIP POLICE DEPARTMENT

ADDRESS      HARLEYSVILLE, PA.

CAPACITY      ☒ INDIVIDUAL      ☒ OFFICIAL


DEFENDANT NO. 14

NAME      UNKNOWN

JOB OR TITLE "POLICE OFFICER" "TPD"

SHIELD #      UNKNOWN

EMPLOYER

ADDRESS      TOWAMENCIN TOWNSHIP POLICE DEPARTMENT

     HARLEYSVILLE, PA.

CAPACITY      ☒ INDIVIDUAL      ☒ OFFICIAL


DEFENDANT NO. 15

NAME      UNKNOWN

JOB OR TITLE "POLICE OFFICER" "TPD"

SHIELD #      UNKNOWN

EMPLOYER

ADDRESS      TOWAMENCIN TOWNSHIP POLICE DEPARTMENT

     HARLEYSVILLE, PA.

CAPACITY      ☒ INDIVIDUAL      ☒ OFFICIAL


DEFENDANT NO. 16

NAME      UNKNOWN

JOB OR TITLE "POLICE OFFICER" "TPD"

SHIELD #      UNKNOWN

EMPLOYER

ADDRESS      TOWAMENCIN TOWNSHIP POLICE DEPARTMENT

     HARLEYSVILLE, PA.

CAPACITY      ☒ INDIVIDUAL      ☒ OFFICIAL

ALL THAT PERTAINS TO (PARAGRAPH B)

4TH AMENDMENT, ILLEGAL ARREST, SEARCH SEIZURE AND DETENTION EXCESSIVE FORCE, ASSAULT, ABUSE OF AUTHORITY, KNOCK AND ANNOUNCE


ALL THAT PERTAINS TO (PARAGRAPH C)

4TH AMENDMENT, ILLEGAL ARREST SEARCH SEIZURE AND DETENTION EXCESSIVE FORCE, ASSAULT, ABUSE OF AUTHORITY, KNOCK AND ANNOUNCE

5TH AMENDMENT, ILLEGAL DELAY IN COURT PROCEEDINGS, FRAUD IN PROSECUTION FALSIFIED EVIDENCE, SUPPRESSION OF EXCULPATORY EVIDENCE, FAVORTISM TWARD FEDERAL AGENTS, ABUSE OF AUTHORITY, INTENTIONAL DISREGARD FOR THE TRUTH, ABUSE OF PROCESS, CONTINUANCE OF ALLOWING A FRAUD UPON THE COURT, DEPRIVATION OF PROPERTY WITHOUT JUSTIFICATION OR COMPENSATION, FAILURE TO PROVE OR SHOW A CRIME WAS COMMITTED

6TH AMENDMENT, FAILURE TO GIVE A FAIR AND SPEEDY TRIAL, INTENTIONALLY DELAYING TRIAL, FAILURE TO PROVIDE ADEQUATE COUNSEL.

8TH AMENDMENT, EXCESSIVE BAIL, EXCESSIVELY HELD WITHOUT BAIL, DEPRIVATION OF PROPER TRAINED MEDICAL STAFF.

14TH AMENDMENT, FAILURE TO RELEASE PLAINTIFF AS OTHERS WERE RELEASED FOR NON-VIOLENT OFFENSES, DEPRIVATION OF DUE PROCESS OF LAW, CONTINUATION OF VIOLATING PLAINTIFF'S RIGHTS EVEN AFTER BEING INFORMED.

CONTINUATION OF SECTION II BASIS FOR JURISDICTION B-C

4TH AND 14TH
5TH AND 14TH
6TH AND 14TH
8TH AND 14TH

Defendant No. 3

    Name        DAVID HEPLER

    Job or Title *(if known)*    SUPERVISORY SPECIAL AGENT "HSI"

    Shield Number     #

    Employer       DEPARTMENT OF HOMELAND SECURITY

    Address

       PHILADELPHIA       PA.

       *City*         *State*       *Zip Code*

    ☒ Individual capacity    ☒ Official capacity

Defendant No. 4

    Name        DOMINIC RAGUZ

    Job or Title *(if known)*    SPECIAL AGENT "ATF"

    Shield Number     #

    Employer       ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

    Address

       PHILADELPHIA       PA.

       *City*         *State*       *Zip Code*

    ☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4TH AMENDMENT ILLEGAL ARREST, SEARCH SEIZURE AND DETENTION 5TH AMENDMENT ILLEGAL DELAY IN COURT PROCEEDING, FRAUD IN PROSECUTION, FALSIFIED EVIDENCE, SUPPRESSION OF EXCULPATORY EVIDENCE, FAVORITISM TOWARDS FEDERAL AGENTS, ABUSE OF AUTHORITY, INTENTIONAL DISREGARD FOR THE TRUTH, ABUSE OF PROCESS, CONTINUANCE OF ALLOWING A FRAUD UPON THE COURT DEPRIVATION OF PROPERTY WITHOUT JUSTIFICATION OR COMPENSATION, FAILURE TO PROVE OR SHOW A CRIME WAS COMMITTED.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

"SEE ATTACHMENT FOR BOTH SECTION B AND C"

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

THIS SECTION IS ALL INCLUDED BELOW IN SECTION IV "STATEMENT OF CLAIM"
"SEE ATTACHMENTS"

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)*  CAPTIVE, ILLEGALLY DETAINED, KIDNAPPED ETC........

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

1509 STALEY CIRCLE HARLEYSVILLE, PA. 19438 / ON AUGUST 15TH 2019 AT ABOUT 10:30 AM
"SEE ATTACHMENTS"

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

SA THOMAS ACERNO and SA CHRISTOPHER CHASE of the Department of Homeland Security are being named in this complaint as being directly responsible for all events which took place on August 15TH 2019 at 1509 Staley Circle Harleysville, Pa. 19438, and are still taking place to date. All state and local police were acting under them and Federal law. At about 10:30am on the date listed above my wife Paige Hammond and myself John Hammond were sleeping in the basement of my father-in-law Gerald Evans residence. When we both woke to a big bang and a bunch of yelling. It was the basement door being kicked in that actually woke us and made us look at one another in shock wondering, "What the hell is happening?" At first all that could be seen were red dots, then a number of Masked men with firearms mad their way to the bed. (Note: Later we learned these masked men with firearms were actually PSP SERT and HSI-AGENTS) Neither of us had any clothes on at all! One of them grabbed my wife by the arm and pulled her out from under the covers away from me. Another one grabbed me by the chain around my neck and pulled me toward him while pointing his firearm in my face and kicking me in the back and behind as he yelled, "Where are the Fucking guns?" We were both cuffed and being dragged upstairs when they stopped to get some under clothes off the floor for us before actually putting us upstairs with everyone else. Once upstairs they sat us both at the kitchen table together. A few minutes later my wife Paige Hammond was taken into another room. I was still half sleep and wondering what was going on, When two Homeland Security Agents SA Thomas Acerno and SA Christopher chase came into the kitchen and sat at the table across from me. There was a large number of state, local and federal law enforcement all throughout the house. A small package was sitting on the kitchen table between us and they asked, "If I knew what was in the package?" I told them NO! The two agents then told me they had just delivered a package of Glock Trigger Switches and that's what is going on here. I never seen the package before and it wasn't open, but if it's what I think their talking about they're for airsoft guns. The two agents then began to ask me questions about my wife's firearms. Questions like, "Where we go shoot?" Do I help her clean them? Do I have to help her load them? I told the two agents that I have two 50 cal muzzle loader Rifles but everything else belongs to my wife Paige Hammond and that they should ask her about her own firearms. The agents kept asking me the same questions over and over again, I did end up getting upset with them and yelled for them to stop badgering me, I told them I needed to take my medications. One for pain because my back was actually hurting from being kicked. The others are for my anxiety and to help me focus. When I got upset and yelled my wife Paige Hammond ran into the kitchen and tried to explain to them how important those medications are and that I would only get worse without them.

ATTACH TO PAGE ④

STATEMENT OF CLAIM

The agents didn't really seem to care about any of my medical or mental health medication needs very much and told her to go back into the other room and sit down. At this point I was uncuffed and told to sign a form. After signing the form the two agents left me at the kitchen table with some of the agents and police and went outside. We sat there at the kitchen table for about an hour an hour and a half tops. I was told not to get up from the kitchen table. When the two agents SA Thomas Acerno and SA Christopher Chase came back into the kitchen from outside they had shackles with them and told me to stand so they could shackle me. I asked them, why I was being arrested but neither of the agents would tell me. I tried to explain to them both, just how important it is for me to take my medications, when I wake up, one last time. It didn't get me anywhere! At this point, I was taken away because of my not taking my medications my anxiety and blood pressure were through the roof, it's why I blacked out and only remember bits and pieces of everything that happend after leaving the house. All because the agents wouldn't allow me to take my own prescribed medications. Something my wife and myself both tried to explain to them and warn them about a number of times. (NOTE: Later I found out I was actually taken to the hospital by the agents because of all this but don't remember being there.) The discovery clearly states they made entry into the house without knocking and announcing. After the package was accepted and taken into the house by my father-in-law Gerald Evans, they were supposed to knock and announce. The Fourth Amendment U.S. Const. Amend. includes a general presumption that police officers executing a search warrant for a residence must announce their presence and authority before entering. If the occupants do not admit the officer's within a reasonable period of time, the officer's may be deemed to be constructively refused admittance, and they may then enter by force. Officer's may be excused from the usual knock and announce rule if exigent circumstances attend the search. However, the exception applies only when the law enforcement officer's in question hold an objectively reasonable belief that an emergency situation exists. The mere statement that firearms are present, standing alone is insufficient. The presence of firearms alone is not an exigent circumstance. When the government fails to allege that police officers harbor a concern for their safety the mere fact that firearms are present is insufficient to demonstrate exigent circumstances, justifying the virtually instantaneos battering down of the door of a private home. All firearms in the residence were legally owned, possessed, as well as registered to my wife Paige Harmond, who was there. Giving her dominion and control ofer her own firearms, in her father Gerald Evans residence.

ATTACH(2)TO PAGE(4)

## STATEMENT OF CLAIM

No one in the residence posed a threat to officer's at any time before, during or after the search warrant was executed, they can not point to any reason why they would think other wise. My wife and I both were sleeping in bed in the basement. Everyone else was peacefully going about their own buisness when they made entry. If exigent circumstances result from officer's own improper conduct, those circumstances can not be relied upon as an excuse. The government must demonstrate specific and articulable facts to justify the finding of exigent circumstances and this burden is not satisfied by leading a court to speculate about what may or might have been the circumstances. The leon good-faith exception does not save an improperly executed warrant. It was an anticipatory search warrant, not a No knock search and arrest warrant.

After entry was made, everyone was taken down cuffed and taken into custody by force; they came in with guns out while yelling and screaming at everyone too. The camra's outside the house were covered with their own evidence tape. (NOTE: I have Pic's as Proof!) My wife and I both were violently ripped out of bed and assaulted, while naked by masked men pointing firearms in our faces. Neither of us posed any kind of threat to them at any point or time. An officer's decision to point a loaded firearm at an unarmed civilian who poses no threat to the officer's can certainly sustain a claim of excessive force. He may not cause physical injury, but he has certainly laid the building blocks for a 42 U.S.C. § 1983 claim against him. For Fourth Amendment purposes a warrant to search for contraband founded on probable cause implicitly carries with it the limited authority to detain the occupants of the premises while a proper search is conducted. Furthermore, the type of detention imposed here is not likely to be exploited by the officer's or unduly pro longed in order to gain more information, because the information the officer's seek should be obtained through the search and not through the detention. Search warrants are not directed at persons they authorize the search of "Places" and the seizure of "Things". In addition to examining whether officer's actions were coercive or calculated to cause suprize, fright or confusion, a district court also must examine whether the actions were undertaken in an effort to advance the investigation or to embark on a fishing expedition in hopes that it would lead to a confession or other useful evidence. Nore is there a Per Se rule that police have probable cause to search the home or residence of ex-felons for firearms and firearm related items.

ATTACH ③ TO PAGE ④

## STATEMENT OF CLAIM

The officer's treated the situation as though they had an arrest warrant for me. Everyone was taken to the ground and cuffed. I was separated from everyone from start to finish. I wasn't able to speak to or see my wife or anyone else again at all and couldn't even take my own prescribed medications. Although no one disputes that I was arrested, the government is trying to claim it was at a later point, in order to excuse their lack of probable cause at the time they actually arrested me. I was arrested, the moment they made entry into the residence. I was never free to go about my buisness. I was told to stay seated at the kitchen table the whole time, while surrounded by law enforcement with firearms. I was in cuffs from start to finish. The cuffs were only removed for me to sign the form, then I was taken away in shackles. Detention for custodial interrogation - regardless of it's label - intrudes so severly on intrests protected by the Fourth Amendment, as necessary to trigger the traditional safegaurds against illegal arrest. Even mere "badgering" by police officer's trying to obtain a confession may render a statement inadmissible if it was rendered after a suspect's Miranda right's were invoked. A statement obtained through custodial interrogation after an illegal arrest must be excluded from evidence. All firearms taken from the residence were legally owned, possessed as well as registered to Paige Hammond, who was also present at the time entry was made, giving her dominion and control over her own firearms. To be sure, evidence recovered after an arrest may not form the basis of probable cause for that arrest. An immediate arrest is permissible without a separate arrest warrant as long as evidence known to the officer's before the search supplies probable cause for the arrest. Of course, when the arrest occurs immediately, evidence aquired during the ensuing search may not be used to justify it retrospectively. The law states, 'absent exigent circumstances police officer's may not enter an individual's home or lodging to effect a warrantless arrest or search. Even when the officer's have probable cause, to make an arrest but no exigent circumstances exist, where officer's are not responding to an emergency there must be compelling reason's to justify the absence of a search or arrest warrant and police officer's in their zeal to arrest an individual, may not ignore, the U.S. Const. Amend. warrant requirement merely because it is inconvenient. The securing of a warrant is not a mere formality or technicality. The power to arrest is an awsome one and subject to abuse. In order to make a warrantless in home arrest the courts require the government to either attempt, in good faith, to secure a warrant or present evidence explaining why a telephone warrant was unavailable or impractical.

ATTACH (4) TO PAGE (4)

## STATEMENT OF CLAIM

Failing to make a good-faith attempt to obtain a telephonic warrant or to present evidence showing that A telephonic warrant was unavailable ordinarily requires suppression. Like a full-blown arrest, an investigatory detention is also a seizure that is subject to Fourth Amendment scrutiny. Either way, the way everything was carried out that day was illegal. In order for officer's to seize something found in plain view during a warranted search for something else, the incriminating character of the object must be immediatly apparent to the officer's at seizure or it's an illegal seizure. Officer's can not enter an someone's residence, grab a firearm or anything else that is legally owned and registered to someone there and question someone else present about the firearm hoping some type of evidence may come to light so they can arrest that person or someone else present during the search. Which is exactly what they did and it was illegal too. The agents badgered me about one of my wife's legally owned, possessed and registered firearms. When I didn't give them the answers they wanted to hear, they made up a statement to fit what they had planned. Something to help them cover up their own mistakes. If Miranda warnings by themselves, were held to be enough to justify an unconstitutional arrest, the effect of the exclusionary rule would be substantially deluted. Any incentive to avoid U.S. Const. Amend. IV violations would be eviserated by making the warnings, In effect, a cure all, and the constitutional guarantee against unlawful searches and seizures could be said to be reduced to the form of words. I didn't know what I was signing. I was halfdressed, still halfsleep and wiping the cold out of my eyes, when I was told to sign the form. I'm prescribed some heavy duty sleeping medication too. Another reason why it was so important for me to take my other medications, to help me wake up and focus. Plus, there was so much going on around me, Everything was happening so fast! Rule 5 of the federal rules of criminal procedures requires the arresting officer's to bring the accused whether or not arrested persuant to a warrant, before the nearest federal Magistrate without unnessary delay, Something else the two agents who arrested me failed to do, because I don't remember having a probable cause or bail hearing. There was no proof of any kind of criminal activity at the residence, There was no probable cause, no exigent circumstances giving law enforcement any reason to believe anyone in the residence posed a threat to justify the doors being kicked in the way they were neither. Yes, my name was on the package but I did not order the package, Nore was I the one who paid for the package. I didn't even accept the package. The residence is not mine, the firearm s in question are Not mine. The person who ordered and paid for the package was there. The person who accepted the package was present too.

One of which is the owner of those firearms and the other is the owner of the residence. My wife ordered and payed for the package with her own debit card. It came in my name because she use's my account and email to order things off the internet. She is also the legal owner of the firearm I have been charged with possession of that day. My father-in-law Gerald Evans is the one who accepted the package, and the owner of the residence too. Both my wife Paige Hammond and my father-in-law Gerald Evans were present when they made entry into the residence. I was sleep when they came through the doors, My wife and I both were naked in bed. There was no crime at all! I didn't possess my wife's guns and I never gave a statement saying that I did either. The legal owner of the firearm I am charged with was sleeping in bed beside me. The one's who broke the law that day are the same one's who violated everyone's constitutional rights, SA Thomas Acerno and SA Christopher Chase, as well as the state and local Police acting under them and federal law. The affidavit SA Thomas Acerno filed with U.S.M.J. David Strawbridge for the anticipatory Search Warrant to search 1509 Staley Circle Harleysville, Pa. 19438, fails to provide any evidence of wrong doing by anyone at the residence, It fails to show proof of any kind of criminal activity at all what so ever at the residence. Therefore it does not provide probable cause. There are also a number of false statements Placed in the affidavit by SA Thomas Acerno to mislead and confuse the Judge and courts. First one is, Where it states that my previously issued drivers license lists the same location as the address, however the license was suspended in 1998, ▆and is not currently active. Yes, my license was suspended in 1998, but it did not list 1509 Staley Circle Harleysville, Pa. 19438 as the address. I didn't even know my wife Paige Hammond back then, so there is no way my drivers license could list her father's residence as the address. The second lie, is where it states, a query of pennsylvania state police ▆ indices indicates a record of sale of eleven weapon's, including one Glock 9mm pistal to an individual named Gerald Evans, the listed owner of the subject premise. It's actually a list of a number of different Gerald Evans, all with different addresses too. None of them being my father in law at all, because he never even had a firearm registered in his name before. All are lie's made up by SA Thomas Acerno so that U.S. M.J David Strawbridge would rule in his favor and grant the anticipatory search warrant. It doesn't end there with the lie's made up by SA Thomas Acerno, in his affidavit he states that Glock Switches (Not auto-sears) are legally classified as a combination of parts designed and intended solely and exclusively, for use in converting a weapon into a "machinegun."

He states in the same affidavit Glock does not manufacture parts for the aftermarket conversion of Glock pistols. If Glock does not make them and they're all conterfiet, then there is no way for them to be legally classified. He states to avoid confusion, in this affidavit they'll be referred to as "Glock auto-sears". Not that they actually are auto-sears because they're not. When he states to avoid confusion, he is actually trying to confuse and mislead the judge and the courts. The actual auto-sears for which the ATF considers to be a combination of parts designed and intended solely and exclusively, for use in converting a weapon into a "machinegun", post may 19, 1986. Is the parts that goes into the lower of the M-16. It is where this statue came from and was actually created for too. Not the Glock switch which was created for the airsoft gun and goes into the upper of the airsoft gun. If law enforcement knows that it is common practice to convert an airsoft gun with then, then they can't claim it to be designed and intended solely and exclusively for use in converting a weapon into a "machinegun". There is a big difference between an airsoft gun which is a toy and a Glock pistol which is an actual weapon. SA Thomas Acerno thought that just because I am an ex-felon that I had to be breaking the law. He was wrong though and I wasn't breaking any laws at all, no one in the house was doing anything close to or near what SA Thomas Acerno thought. Infact, there was no criminal intent at all. Which is why no one in the house was charged with anything close to why they came to the residence. I'm not sure how I was even charged with my wife's firearm, but I do know why. The reason why is quite clear and that reason is so SA Thomas Acerno could cover his tracks.

V    Due to being the cause of action and directly responsible for the abuse of authority thus bring the plaintiff harm, his mental stress deprivation of due process, causing the plaintiff to suffer, as the result, was subject to illegal search and seizure of his person and property. causing an illegal restraint, arrest and prolonged detention, Melicious Prosecution, Plaintiff has been compelled to focus fighting for his life while under extreme mental health conditions and an abundance of anxiety because of being illegally seized and taken from his life and friends for no crime at all.

VI  The following are being sued under a bivens claim in their official and Individual capacity.

1. speccail agent "HSI" Thomas Aceno
2. speccail agent "HSI" Christopher Chase
3. Supervisor speccail agent "HSI" David Hepler
4. Speccail agent "ATF" Dominic Raguz
5. Postel worker "UCA" Name unknown
6. speccail agent "ICE" Name unknown
7. speccail agent "ICE" Name unknown
8. speccail agent "ICE" Name unknown

For initiating falsehood, official oppression and illegal search and seicure as well as due process.

(A) speccail agent "HSI" Thomas Aceno
(B) speccail agent "HSI" Christopher chase
(C) supervisor speccail agent "HSI" David Hepler
(D) speccail agent "ATF" Dominic Raguz
(E) Postel Worker "UCA" Name unknown
(F) speccail agent "ICE" Name unknown
(G) speccail agent "ICE" Name unknown
(H) Speccail agent "ICE" Name unknown

FOR the bivens claim violations mentioned above, and due to the involvement of the 3. Three Homeland Security Agents. The Plaintiff, respectfully request the amount OF ONE MILLION DOLLARS from each of the three Homeland Security Agents. The plaintiff respectfully request the amount of ONE HUNDRED THOUSAND DOLLARS from each of the other five federal agents.

VI  The following are being sued under 42 U.S.C. § 1983 Civil Rights Claims in their official and individual capacity.

(9.) PSP-SERT Name Unknown
(10.) PSP-SERT Name Unknown
(11.) PSP-SERT Name Unknown
(12.) PSP-SERT Name Unknown
(13.) TPD Name Unknown
(14.) TPD Name Unknown
(15) TPD Name Unknown
(16.) TPD Name Unknown

For Knock and announce, Excessive force, Assualt

(I.) PSP-SERT Name Unknown
(J.) PSP-SERT Name Unknown
(K.) PSP-SERT Name Unknown
(L.) PSP-SERT Name Unknown
(M.) TPD. Name Unknown
(N.) TPD. Name Unknown
(O.) TPD. Name Unknown
(P.) TPD. Name Unknown

For the civil rights violations mentioned above, and due to the involvement of the eight (8) police officer's. The plaintiff respectfully request the amount of ONE HUNDRED THOUSAND DOLLARS from each of the eight police officer's under 42. U.S.C. § 1983 Claim.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

AUGUST 15TH, 2019 / 10:40 HRS AM "SEE ATTACHMENTS"

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

" SEE ATTACHMENT "

I was arrested in my Father-in-laws home for no crime at all. The two Homeland Security agents SA Thomas Aceno and SA Christopher Chase illegally arrested me in my father-in-laws home. My wife Paige Hammond and myself John Hammond were ripped from bed while naked and sleeping in the basement of my fathers-in-law Gerald Evans house by Masked men pointing their firearms in our faces. Everyone was assaulted in the house that day by state, local and federal officers acting under federal law.
I JOHN HAMMOND, MY WIFE PAIGE HAMMOND, MY WIFE'S BROTHER CLINT EVANS, MY WIFE'S FATHER GERALD EVANS, MY WIFE'S DAUGHTER FAITH NEEDLING

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been on medications for my mental health for most of my life. I asked for my own prescribed medications at the scene on the day I was illegally arrested by SA Thomas Aceno and SA Christopher Chase. I never did get those medications that day. I also haven't received any of my mental health treatment or any of those medications I have been on my whole life since I have been held here at the F.D.C.P with out bail. I've had more mental health issues because of everything that's happened since that day.

SEE ATTACHMENT

**VI.    Relief**

The Total amount being requested under the bivens claim, is Three million Five hundred thousand dollars.
The Total amount being requested under civil rights violations for the 42 U.S.C. 1983 claim and the eight state and local police officers is eight hundred thousand Dollars

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm asking for one million dollars from each of the three Homeland Security agents who put me here. For the illegal arrest, False imprisonment, being held without bail for no crime at all. ALL for which should be covered under the bivens claim. ONE Hundred Thousand dollars from the other three Federal agents each. The total amount being asked under Bivens claim is/Three million Five hundred thousand dollars"

SEE ATTACHMENT

I'm asking for one hundred thousand dollars from each of the other state and local actors who were acting under the Homeland Security and federal law when they violated everyone's by assaulting and using excessive force when making entry into the house without knocking and announcing.

ALL for which should be covered under 42 U.S.C. 1983 claims

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____ N/A _____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_____ N/A _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

N/A

2.   What did you claim in your grievance?

N/A

3.   What was the result, if any?

N/A

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____ N/A _____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____ N/A _____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ N/A _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____ N/A _____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____ N/A _____

   Defendant(s) _____ N/A _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____ N/A _____

3. Docket or index number

   _____ N/A _____

4. Name of Judge assigned to your case

   _____ N/A _____

5. Approximate date of filing lawsuit

   _____ N/A _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____ N/A _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____ N/A _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

 1. Parties to the previous lawsuit

 Plaintiff(s) _____ N/A _____

 Defendant(s) _____ N/A _____

 2. Court *(if federal court, name the district; if state court, name the county and State)*

 _____ N/A _____

 3. Docket or index number

 _____ N/A _____

 4. Name of Judge assigned to your case

 _____ N/A _____

 5. Approximate date of filing lawsuit

 _____ N/A _____

 6. Is the case still pending?

 ☐ Yes

 ☐ No

 If no, give the approximate date of disposition _____ N/A _____

 7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

 _____ N/A _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        8/10/21

Signature of Plaintiff       _John E. Hammond Jr_

Printed Name of Plaintiff    JOHN E. HAMMOND JR

Prison Identification #       #69928-066

Prison Address       P.O. BOX 562

PHILADELPHIA          PA        19105
City                 State      Zip Code

### B.   For Attorneys

Date of signing:       _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number          _____
Name of Law Firm    _____
Address       _____
_____
City          State       Zip Code

Telephone Number    _____
E-mail Address       _____

JOHN HAMMOND # 69928-066
P.O. BOX 562
PHILADELPHIA, PA. 19105
FEDERAL DETENTION CENTER PHILADELPHIA

LEGAL MAIL



Philadelphia P&DC 191 ZIP
THU 12 AUG 2021 PM

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

U.S. RALS.
%

CLERK OF COURT, EDPA
JAMES A. BYRNE
U.S. COURTHOUSE ROOM 2609
601 MARKET ST.
PHILADELPHIA, PA. 19106

RECEIVED
AUG 16 2021

LEGAL MAIL