IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN E. HAMMOND JR., | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS ACERNO, ET AL., | : | NO. 21-3688 |
| *Defendants*. | : | |

# ORDER

**AND NOW**, this **23rd** day of **April 2025**, upon consideration of the docket and Defendants' Motion for Judgment on the Pleadings (ECF No. 56), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Judgment on the Pleadings (ECF No. 56) is **GRANTED**. All remaining claims against Defendants Christopher Chase, Thomas Acerno, and David Hepler are **DISMISSED WITH PREJUDICE**.

2. As to the unnamed Pennsylvania Troopers and Towamencin police officers, Plaintiff is given thirty (30) days to file an amended complaint naming them. After thirty days, if Plaintiff does not file an amended complaint, the Court will issue a final order dismissing the case as to all Defendants.

**BY THE COURT:**

**/s/ Chad F. Kenney**
_____
**CHAD F. KENNEY, JUDGE**