Name: JOHN E. HAMMOND JR.
Reg #: 69928-066
FCI RAY BROOK
PO BOX 900
RAY BROOK, NY 12977

ALBANY NY 120
20 MAY 2025 AM 1 L

C/O CLERK OF COURT EDPA
C/O JAMES A. BYRNE
U.S. COURT HOUSE ROOM #2609
601 MARKET ST.
PHILADELPHIA, PA. 19106



RECEIVED
MAY 23 2025



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

5-15-25

JOHN EDWARD HAMMOND JR.
Plaintiff,

VS.

THOMAS ACERNO et al.,
Defendants.

CIVIL ACTION NO. 21-CV-3688

"NOTICE OF APPEAL"

I JOHN E. HAMMOND JR. #69928-066 want to appeal my case to the "THIRD CIRCUIT COURT OF APPEALS." Please note that I am filing this notice of appeal on "May 15th 2025."

Respectfully Submitted

John E. Hammond Jr.

JOHN E. HAMMOND JR. #69928-066
FCI RAYBROOK
P.O. BOX 900
RAYBROOK, NEW YORK 12977