**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN E. HAMMOND JR.,** *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | **No. 21-3688** |
| **THOMAS ACERNO, ET AL.,** *Defendants.* | : | |

**ORDER**

**AND NOW**, this **28th** day of **August 2026**, upon review of the docket, and upon review of the Third Circuit's decision affirming this Court's April 23, 2025 Memorandum and Order dismissing with prejudice all remaining claims asserted against the named Defendants, and Plaintiff having failed to file an amended complaint identifying the unnamed Pennsylvania Troopers and Towamencin police officers, *see* ECF No. 63, it is hereby **ORDERED** as follows:

1. All remaining claims asserted against the unnamed Pennsylvania Troopers and Towamencin police officers in Plaintiff's Complaint are **DISMISSED WITH PREJUDICE** for the reasons stated in the accompanying memorandum opinion.
2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**